ARMED SERVICES BOARD OF CONTRACT APPEALS

Application Under the Equal Access )
  to Justice Act -- )
                                   )
KBJ, Inc. ) ASBCA No. 58512
                                     )
Under Contract No. NNC11CA18C )

APPEARANCE FOR THE APPELLANT:      Joseph R. Spoonster, Esq.
                                             Harpst Ross, Ltd.
                                             Uniontown, OH

APPEARANCES FOR THE GOVERNMENT:     Scott W. Barber, Esq.
                                             NASA Chief Trial Attorney
                                             Tamika S. Laldee, Esq.
                                             Laura A. Henry, Esq.
                                             Trial Attorneys
                                             NASA Glenn Research Center, OH

## ORDER OF DISMISSAL

The Board has received appellant's request dated 1 June 2016 that its Equal Access to Justice Act (EAJA) application be withdrawn due to settlement. Accordingly, the EAJA application is hereby withdrawn from the Board's docket and is dismissed with prejudice.

Dated: 2 June 2016

                                          CHERYL L. SCOTT
                                          Administrative Judge
                                          Armed Services Board
                                          of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 58512, Appeal of KBJ, Inc., rendered in accordance with 5 U.S.C. § 504.

Dated:

                                          JEFFREY D. GARDIN
                                          Recorder, Armed Services
                                          Board of Contract Appeals